# EXHIBIT 1

*1772*

DISTRICT COURT OF THE STATE OF NEW YORK

NY     DIAGNOSTIC
       IMAGING
       SERVICES

COUNTY OF NASSAU, FIRST DISTRICT,

---

MELISSA COLLINS,

                                Plaintiff     **SUMMONS**     CV-004238-18

                                              Index No.

                                              Plaintiff's Residence Address

        -against-                             1133 Haynes Place

ONLINE COLLECTIONS dba ONLINE                 Baldwin, NY  11510
INFORMATION SERVICES,

                                Defendant

-------------------------------------------------------------------X

                        Basis of Venue:  Plaintiff's address

Defendant's Address:
  685 W. Fire Tower Rd
  Winterville, NC 28590

To the above named defendant(s):

        YOU ARE HEREBY SUMMONED and required to appear in the

District Court of the County of Nassau, First District, at the office of

the Clerk of said Court at 99 Main Street, Hempstead, New York 11550,

in the County of Nassau, State of New York, by serving an answer to

the annexed complaint upon Plaintiff's attorney, at the address stated

below, or if there is no attorney, upon the Plaintiff at the address

stated above; upon your failure to answer, judgment will be taken against you for the relief demanded in the complaint, together with the costs of this action.

DATED:   March 15, 2018

_____

Edward B. Geller, Esq.

Edward B. Geller, Esq., P.C.

Attorney for Plaintiff

15 Landing Way

Bronx, New York  10464

Tel:(914)473-6783

NOTE:  The law or rules of court provide that:

(a) If this summons is served by its delivery to you or (for a corporation), an agent authorized to receive service personally within the County of Nassau, you must answer within 20 days after such service; or

(b) if this summons is served otherwise than as designated in subdivision (a) above, you are allowed 30 days to answer after the proof of service is filed with the Clerk of this Court.

(c) You are required to file a copy of your answer together with proof of service with the Clerk of the District in which the action is brought   within ten days of the service of this answer.

DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------------------X

MELLISA COLLINS.                                Index No.:

               Plaintiff.

      -against-                          **COMPLAINT**

               Plaintiff.


ONLINE COLLECTIONS dba
ONLINE INFORMATION SERVICES,

               Defendant(s).
-------------------------------------------------------------------X

     Plaintiff, MELISSA COLLINS ("Plaintiff"), by and through her attorneys, M. Harvey

Rephen & Associates, P.C.,by Edward B. Geller, Esq., P.C., Of Counsel, as and for her

Complaint against the Defendant(s), ONLINE COLLECTIONS dba ONLINE

INFORMATION SERVICES, (hereinafter referred to as "Defendant(s)"), respectfully sets

forth, complains and alleges, upon information and belief, the following:

### INTRODUCTION/PRELIMINARY STATEMENT

     1.    Plaintiff brings this action on her own behalf for damages and declaratory and

injunctive relief arising from the Defendant's violation(s) of §1692 et seq. of Title 15 of the

United States Code, commonly referred to as the Fair Debt Collections Practices Act

("FDCPA").

### PARTIES

     2.    Plaintiff MELISSA COLLINS is a resident of the State of NEW YORK,

residing at 1133 Haynes Place, Baldwin, NY 11510.

3.  Defendant ONLINE COLLECTIONS dba ONLINE INFORMATION SERVICES is a NORTH CAROLINA company engaged in the business of debt collecting with an address at PO BOX 1489 WINTERVILLE, NC 28590.

4.  Plaintiff is a "consumer" as the phrase is defined and used in the FDCPA under 15 USC §1692a (3).

5.  The Defendant is a "debt collector" as the phrase is defined and used in the FDCPA under 15 USC §1692a (6).

6   The within causes of action arose in the County of Nassau, State of New York.

## FACTUAL ALLEGATIONS

7.  Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "6" herein with the same force and effect as if the same were set forth at length herein.

8.  Upon information and belief, Defendant, on behalf of a third-party, began efforts to collect an alleged consumer debt from the Plaintiff.

9.  Upon information and belief, and better known to the Defendant, the Defendant began its collection efforts and campaign of communications with the Plaintiff by reporting an account to national credit bureaus.

10.  On or about September 20, 2017, the Plaintiff pulled her credit report with Equifax, Experian and Transunion and noticed an account reporting with the Defendant.

11.  A collection account originating from Diagnostic Imaging Services in the amount of $50 dollars was reporting on the Experian and Equifax reports as being collected under Online Collections. The Experian report had a phone number listed as 252-757-2101

and an address PO BOX 1489 Winterville, NC 28590.

12.     A copy of the Plaintiff's Experian and Equifax reports are attached hereto as exhibits "A&B"

13.     The Transunion report had the same account for the Plaintiff listed as being collected under Online Information Services with the same phone number and address and stated above in line 12 for Online Collections.

14.     A copy of the Plaintiff's Transunion credit report is attached hereto as exhibit "C".

15.     On or about September 20th, 2017 the Plaintiff sought credit assistance from Gisela, an employee of Asset Protection and Management Inc.

16.     On September 20th, 2017 Gisela called the phone number 252-757-2101, which was listed on both the Experian and Transunion credit reports, to find out which company it was issued to.

17.     Gisela was connected with a female representative who stated her name as Jordan.

18.     Gisela asked the representative if she had contacted Online Collections or Online Information.

19.     The representative responded "It was the same thing let's put it that way."

20.     Gisela asked to confirm that they were the same company and the representative responded yes. Gisela asked for a fax number and found out they only accepted documents by mail and concluded the call.

**FIRST CAUSE OF ACTION**
*(Violations of the FDCPA)*

21.    Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "20" herein with the same force and effect as if the same were set forth at length herein.

22.    15 USC §1692 e – preface states that a debt collector may not use any false, deceptive or misleading representations in connection with the collection of a debt.

23.    Defendant violated 15 USC §1692 e – preface on September 20th, 2017 when it deceptively reported the Plaintiff's account first under one name, then under another, as confirmed during the September 20th, 2017 phone call when the representative confirmed Gisela's question that both Online Collection and Online Information Services were the same company. Although they are the same company it is deceptive and confusing for a Plaintiff to see two different collection agency names for one account listed on her credit reports.

24.    15 USC §1692 f – preface prohibits a debt collector from using any unfair or unconscionable means in connection with the collection of a debt.

25.    The Defendant violated 15 USC §1692 f preface when it unfairly reported the Plaintiff's account first under one name, then under another, as confirmed during the September 20th, 2017 phone call when the representative stated that Online Collections and Online Information Services was the same company. When a collection agency reports under two different names with two different agencies it harms the Plaintiff twice because a creditor pulling both reports would believe that there are two different agencies reporting a debt. This is unfair to the Plaintiff.

26.    15 USC §1692 e (14) – prohibits the use of any business, company, or organization name other than the true name of the debt collector's business, company or

organization.

27.     Defendant violated 15 USC §1692 e (14)- on September 20th, 2017 when it reported the Plaintiff's same account under two alternate names. As confirmed during the September 20th, 2017 phone call the Defendant's agent stated that Online collections and Online Information services was indeed the same company. Since the Defendant was using two names to report the same account, one of them is not the true name of the company.

28.     As a result of Defendant's violations of the FDCPA, the Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment from the Defendant as follows:

A.     For actual damages provided and pursuant to 15 USC §1692k (a) (1) in the amount of $15,000.00;

B.     For statutory damages provided and pursuant to 15 USC §1692(2)(A);

C.     For statutory damages provided and pursuant to 15 USC§1692k(2)(B);

D.     For attorneys' fees and costs provided and pursuant to15USC§1692(a)(3);

E.     A declaration that the Defendant's practices violated the FDCPA;

F.     For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court      may deem just and proper.

Dated:        March 6, 2018

Respectfully submitted,

By: _____

Edward B. Geller, Esq.
Edward B. Geller, Esq, , P.C., Of Counsel to
M. HARVEY REPHEN & ASSOCIATES. P.C.
15 Landing Way
Bronx New York 10464
Phone: (914)473-6783

*Attorney for the Plaintiff* MELISSA COLLINS

EXHIBIT "A"

https://www.freecreditreport.com/c/#/print/experian/



Credit Report Prepared For:

MELISSA COLLINS

Experian Report As Of:  Sep 20, 2017

Personal & Confidential

1

https://www.freecreditreport.com/c/#/print/experian



MELISSA COLLINS - Experian
Date of Report: Sep 20, 2017

**ONLINE COLLECTIONS**                                                                 Closed

## ACCOUNT DETAILS

| | |
|---|---|
| Account Name | ONLINE COLLECTIONS |
| Account # | ████████XXXX |
| Original Creditor | DIAGNOSTIC IMAGING SERVICES |
| Company Sold | |
| Account Type | Collection Department / Agency / Attorney |
| Date Opened | Jul 1, 2015 |
| Account Status | Closed |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department |
| Status Updated | Sep 1, 2015 |
| Balance | $50 |
| Balance Updated | Sep 11, 2017 |
| Original Balance | 50 |
| Monthly Payment | - |
| Past Due Amount | $50 |
| Highest Balance | - |
| Terms | 1 Month |
| Responsibility | Individual |
| Your Statement | - |
| Comments | - |

## CONTACT INFORMATION

PO BOX 1489
WINTERVILLE  NC 28590
(252) 757-2121

## PAYMENT HISTORY

| | 2017 | | | | 2016 | | | | 2015 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | Jan | Feb | Mar | Apr | Jan | Feb | Mar | Apr |
| | FP | FP | FP | FP | | | | | | | | |
| | May | Jun | Jul | Aug | May | Jun | Jul | Aug | May | Jun | Jul | Aug |
| | FP | FP | FP | FP | | | | | | | | |
| | Sep | Oct | Nov | Dec | Sep | Oct | Nov | Dec | Sep | Oct | Nov | Dec |
| | FP | | | | FP | FP | FP | FP | FP | | | |

EXHIBIT "B"

credit karma

Melissa Collins's Credit Report

EQUIFAX

626

Needs Work

Full Credit Report | Credit Karma

ONLINE COLLECTIONS GROU                                                    $50

Sep 21, 2013
ONLINE COLLECTIONS
GRU.
DIAGNOSTIC IMAGING
SERVICES
Open
Jul 15, 2013

Collection Account
$50
$50
Medical

I.C. SYSTEM INC                                                            $834

Sep 05, 2017
I.C. SYSTEM INC
PSEG LONG ISLAND
Open
Jul 29, 2013

Individual Account
$834
$834
Consumer disputes this
account information

I.C. SYSTEM INC                                                            $339

Sep 05, 2017
I.C. SYSTEM INC
PSEG LONG ISLAND
Open
Mar 26, 2014

Individual Account
$339
$339
Consumer disputes this
account information

EXHIBIT "C"

Full Credit Report | Credit Karma

credit karma

Melissa Collins's Credit Report

TransUnion

552

Needs Work

Sep 20, 2017

Full Credit Report | Credit Karma

EOS CCA                                                                           $618

Sep 15, 2017

EOS CCA

1C NATIONAL GRID
KEY BRAN GAS

Open

Jan 11, 2016

Individual

$618

$618

Account information
disputed by consumer,
meets FCRA
requirements

ONLINE IN SV                                                                      $50

Sep 31, 2017

ONLINE IN SV

DIAGNOSTIC IMAGING
SERVICES

Open

Jul 15, 2015

Individual

$50

$50

Placed for collection

## AFFIRMATION

Melissa Collins, under the penalty of perjury, deposes and says:

I am the Plaintiff in the above entitled action.  I have read the foregoing Complaint and know the contents thereof.  The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

_____
[Signature]

Melissa Collins          [Printed]

**Plaintiff**

Affirmed  before me this  7  day of March  2018

_____
Notary Public

ELLEN J GALLOPINI
Notary Public - State of New York
NO. 01GA6-4901.3
Qualified in Nassau County
My Commission Expires Jul 3, 2018

```
COLLINS, MELISSA              SPOUSE:                    PH: UNVERIFIED CELL
2071 SE JACKSON ST           SSN   :    ████0633              **AUXMASTER**
                             LIC#  :                       GOOD ADDRESS
STUART, FL 349975861                    REM
EMP ASK FOR EMPLOYMENT              REM SUB VAL 10/29/2017
ID# CO T      CLIENT         R LLS SC  DOR     DLP     SL  AMT REF    TOTAL
==========================================================================
  1 98 1 8053-DIAGNOSTIC IMAGI 1 500 CNO 071515          00    19.73    19.73
  2 98 1 8053-DIAGNOSTIC IMAGI 1 500 CND 071515          00    50.00    50.00

        TOT PRIN=$    0.00   TOT INT=$    0.00 TOTAL=         0.00
```

VTR 140

ID#, (HE)1p?

```
COLLINS, MELISSA                   SPOUSE:                PH: UNVERIFIED CELL
2071 SE JACKSON ST                 SSN  : ███0633            **AUXMASTER**
                                   LIC# :                  GOOD ADDRESS
STUART, FL 349975861                      REM
EMP ASK FOR EMPLOYMENT             REM SUB VAL 10/29/2017
ID# CO T      CLIENT           R LLS SC  DOR     DLP     SL  AMT REF   TOTAL
===========================================================================
ACCT# ██1771      STATUS CD CNO  CLERK  TE     PIN████  AR          19.73
CLT   8053 -DIAGNOSTIC IMAGING SERVIC/7722201391/DONNA NAUSSPB      19.73
CLT DEB#  251209-443112         INT CD 0S-17              AI         0.00
FOR   MELISSA COLLINS           DOR    071515             OC         0.00
FWD   C CODED ON 081515 MGR     DOS    030215             CC         0.00
LLS 500 DC 0    CARD N REG 1    DLP                       AF         0.00
BC  00  CF K    S-L 00 COL 98   JDT    999999             OV         0.00
REM                             INT       0.00   ACCT BAL           19.73
                                DETAIL OF OTHER CHARGES
                                                         FEE         0.00
                                                         NSF         0.00



COLLECTOR SCREEN: (E)dit, (L)etter, (PE), (I)ntercept, (H)ist,'RET'
```

```
Name   COLLINS          MELISSA        ███████spouse
Address2071 SE JACKSON ST    Phone 7724750395   Social Sec # ██████0633
                              EMP
       STUART          FL 349975861  REM SUB VAL 10/29/2017
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
|(02) Type Account    1         (17) Status Code            CNO
|(03) Clt # 8053-DIAGNOSTIC IMAGING SERVICES (18) Bulletin Code  00
|(04) Client Debtor#███████3112  (19) Credit Flag           K
|(05) Account is ForMELISSA COLLINS (20) Clerk Number        TE
|(06) Suit/Loan Number   00      (21) Date of Referral 07/15/15
|(07) Collector Code     98      (22) Date of Service  03/02/15
|(08) Referral, Service or Delq. Date S (23) Date of Last Pay
|(09) Interest Percent   0%      (24) Jack-Date         99/99/99
|(10) Commission Rate    17%     (25) Amount Ref   $    19.73
|(11) Last Letter Sent   500     (26) Princ Balance $    19.73
|(12) Document Code      0       (27) Acc Interest $     0.00
|(13) Forwarded     C CODED ON 081515 MGR (28) Other Charges $  0.00
|(14) Remark                     (29) Court Costs  $     0.00
|(15) Account is New Business (Y/N/6) Y (30) Attorney Fees $  0.00
|(16) Account has a Label/Card (Y/N)  N (31) Overage   $     0.00

|(AA)dd/Edit Auxiliary,  [ - Cancel, Q)uit, Your Selection (02-31):....
[ ACCOUNT #     1771 ] EDIT+++++++++++++++++++++++++++++++++++++++++++++++++
```

**EDIT TRACKING**

Edit Screen #        000                          DAKCS Software Systems
Database Record #   ███1771

| FIELD | DATE/TIME | EMP# | OLD VALUE | CHANGED TO |
|-------|-----------|------|-----------|------------|

**PRESS RETURN**

```
+++++++++++++++++++++++++ Credit Reporting Information +++++++++++++++++++++++++
|                                                                              |
|        Update Date          07/15/15        Update Time        09:22:37      |
|        Last Report Date                     First Report Date                |
|                                                                              |
|                                                                              |
|     (01) Account Type           48                                           |
|     (02) Account Status         93                                           |
|     (03) Special Comment                    Reported Field 4                  |
|     (04) Compliance Code                    Reported Field 7 (BK)             |
|     (05) ECOA Code              1           Reported Field 7 (REAFIRM)        |
|     (06) Consumer Tran Type     1           Reported Field 7 (SKIP)           |
|     (07) Consumer Info Indicator                                             |
|     (08) Date of Delinquency    03/02/15                                      |
|     (09) Close Date                                                          |
|     (10) Override Client Report Flag  N                                       |
|                                                                              |
|                                                                              |
|        Credit Account Number ██████████1771                                  |
|                                                                              |
| [-Cancel, JR-Joint Report,  CT-Credit Tracking, Your Selection (01-10) :.... |
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
[ Credit Reporting # ██████ 7587 ] EDIT
```

CREDIT TRACKING REPORT FOR ACCOUNT # ■ 1771
03/29/2018 15:55:48

FIELD   DATE/TIME      EMP#    OLD VALUE                  CHANGED TO
----   -------------- ----    ------------------------   ------------------------

```
COLLINS, MELISSA                    SPOUSE:                      PH: UNVERIFIED CELL
2071 SE JACKSON ST                  SSN   :  ███0633                 **AUXMASTER**
                                    LIC#  :                          GOOD ADDRESS
STUART, FL 349975861                     REM
EMP ASK FOR EMPLOYMENT                   REM SUB VAL 10/29/2017
ID# CO T       CLIENT               R LLS SC  DOR    DLP     SL  AMT REF   TOTAL
================================================================================
ACCT# ███1772      STATUS CD CND  CLERK  TE    PIN ███AR        50.00
CLT   8053 -DIAGNOSTIC IMAGING SERVIC/7722201391/DONNA NAUSSPB  50.00
CLT DEB# ████████3113         INT CD 0S-17            AI         0.00
FOR   MELISSA COLLINS                DOR    071515            OC         0.00
FWD   C CODED ON 103017 VAL          DOS    030215            CC         0.00
LLS   500 DC 0    CARD N REG 1       DLP                       AF         0.00
BC    00  CF K    S-L 00 COL 98      JDT    999999            OV         0.00
REM                                  INT       0.00   ACCT BAL          50.00
                                         DETAIL OF OTHER CHARGES
                                                      FEE          0.00
                                                      NSF          0.00


COLLECTOR SCREEN: (E)dit,(L)etter,(PE),(I)ntercept,(H)ist,'RET'
```

```
Name   COLLINS          MELISSA        ███3446  Spouse
Address2071 SE JACKSON ST      Phone 7724750395    Social Sec # ███0633
                                EMP
       STUART          FL 349975861  REM SUB VAL 10/29/2017
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
|(02) Type Account     1          (17) Status Code          CND |
|(03) Clt # 8053-DIAGNOSTIC IMAGING SERVICES (18) Bulletin Code  00 |
|(04) Client Debtor███3113        (19) Credit Flag            K |
|(05) Account is ForMELISSA COLLINS (20) Clerk Number         TE |
|(06) Suit/Loan Number      00    (21) Date of Referral 07/15/15 |
|(07) Collector Code        98    (22) Date of Service  03/02/15 |
|(08) Referral, Service or Delq. Date  S (23) Date of Last Pay    |
|(09) Interest Percent      0%    (24) Jack-Date        99/99/99 |
|(10) Commission Rate      17%    (25) Amount Ref    $    50.00 |
|(11) Last Letter Sent     500    (26) Princ Balance $    50.00 |
|(12) Document Code          0    (27) Acc Interest  $     0.00 |
|(13) Forwarded      C CODED ON 103017 VAL (28) Other Charges $  0.00 |
|(14) Remark                      (29) Court Costs   $     0.00 |
|(15) Account is New Business (Y/N/6) Y (30) Attorney Fees $   0.00 |
|(16) Account has a Label/Card (Y/N)  N (31) Overage    $     0.00 |
|                                                              |
|(AA)dd/Edit Auxiliary,  [ - Cancel, Q)uit, Your Selection (02-31):.... |
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
 ACCOUNT # ██1772 █ EDIT
```

## EDIT TRACKING

Edit Screen #        000                           DAKCS Software Systems
Database Record #    ██1772

| FIELD | DATE/TIME | EMP# | OLD VALUE | CHANGED TO |
|-------|-----------|------|-----------|------------|
| 19 | 09/01/16 05:51 | 0 | D | R |
| 19 | 10/01/16 05:59 | 0 | D | R |
| 19 | 11/01/16 05:56 | 0 | D | R |
| 19 | 12/01/16 05:59 | 0 | D | R |
| 19 | 01/01/17 05:57 | 0 | D | R |
| 19 | 02/01/17 06:04 | 0 | D | R |
| 19 | 03/01/17 05:55 | 0 | D | R |
| 19 | 04/01/17 05:53 | 0 | D | R |
| 19 | 05/01/17 05:51 | 0 | D | R |
| 19 | 06/01/17 06:01 | 0 | D | R |
| 19 | 07/01/17 05:55 | 0 | D | R |
| 19 | 08/01/17 05:57 | 0 | D | R |
| 19 | 09/01/17 05:56 | 0 | D | R |
| 19 | 10/01/17 05:54 | 0 | D | R |
| 19 | 10/30/17 02:48 | 0 | D | R |

PRESS RETURN

```
+++++++++++++++++++++++++ Credit Reporting Information +++++++++++++++++++++++

      Update Date          03/29/18      Update Time       15:49:33
      Last Report Date     11/13/17      First Report Date 09/10/15


    (01) Account Type           48
    (02) Account Status         DA
    (03) Special Comment
    (04) Compliance Code        XB        Reported Field 4          XB
    (05) ECOA Code              1         Reported Field 7 (BK)
    (06) Consumer Tran Type               Reported Field 7 (REAFIRM)
    (07) Consumer Info Indicator          Reported Field 7 (SKIP)
    (08) Date of Delinquency    03/02/15
    (09) Close Date             03/29/18
    (10) Override Client Report Flag  N



      Credit Account Number ████████████1772

[-Cancel, JR-Joint Report,  CT-Credit Tracking, Your Selection (01-10) :....
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
 Credit Reporting #    7588  EDIT
```

```
CREDIT TRACKING REPORT FOR ACCOUNT # ███ 1772
03/29/2018 15:56:35


FIELD    DATE/TIME       EMP#   OLD VALUE                  CHANGED TO
----     --------------  ----   ------------------------   --------------------------
09       03/29/18 15:49  056                               03/29/18
RP2      11/13/17 15:00  RPT    10/10/17                   11/13/17
02       11/04/17 03:43  000    93                         DA
04       10/30/17 02:48  000                               XB
RP2      10/10/17 11:55  RPT    09/11/17                   10/10/17
RP2      09/11/17 13:53  RPT    08/16/17                   09/11/17
RP2      08/16/17 12:17  RPT    07/10/17                   08/16/17
RP2      07/10/17 15:38  RPT    06/29/17                   07/10/17
RP2      06/29/17 16:20  RPT    05/10/17                   06/29/17
RP2      05/10/17 13:20  RPT    04/10/17                   05/10/17
RP2      04/10/17 15:06  RPT    03/10/17                   04/10/17
```

```
COLLINS, MELISSA              SPOUSE:                  PH: UNVERIFIED CELL
2071 SE JACKSON ST            SSN  : ████ 0633            **AUXMASTER**
                             LIC# :                    GOOD ADDRESS
STUART, FL 349975861              REM
EMP ASK FOR EMPLOYMENT       REM SUB VAL 10/29/2017
Id#   Date   Time  Tbl Sq Q  Directive
=================================================================================
```

Empty VIC Log!

U)p, D)own, Q)uit ->

```
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
                    VIC III Aux Dialer Screen

                            01) Current Sequence  1

 Seq      Phone              D.O.A.      Contact Name        Flg     CC

   1   02)  (772)-475-0395 03)       04) MELISSA COLLINS  05) CEL 06)
   2   07)                 08)       09)                  10) DEP 11)
   3   12)                 13)       14)                  15) SEP 16)
   4   17)                 18)       19)                  20) CMK 21)
   5   22)  (516)-223-7199 23)       24) TUPhones         25) REF 26)
   6   27)                 28)       29)                  30)     31)
   7   32)                 33)       34)                  35)     36)
   8   37)                 38)       39)                  40)     41)
   9   42)                 43)       44)                  45)     46)
  10   47)                 48)       49)                  50)     51)
  11   52)                 53)       54)                  55)     56)


                    [ - Cancel, Please Select (1-56):....
 DIALER #      3499  EDIT46++++++++++++++++++++++++++++++++++++++++++++
```

```
                          DEBTOR ADD/EDIT SCREEN
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
| (01) Last Name      COLLINS          (07) Spouse                        |
| (02) First Name     MELISSA          (08) Bad Address (Y/N/S/H/L)    N  |
| (03) St Address #1  2071 SE JACKSON ST (09) Is a Business (Y/N)       N |
| (04) St Address #2                   (10) Phone Number UNVERIFIED       |
| (05) City           STUART           (11) Social Sec #         ███0633  |
| (06) State and Zip  FL 349975861     (12) Lic No.                       |
|                     (13) Employment                                     |
|                     (14) Bank/Remark                                    |
|                     (15) Remark       SUB VAL 10/29/2017                |
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
                          --- INPUT REMARKS ---

                    < NO INPUT REMARKS EXIST >




    (AA)dd/Edit Auxiliary, ([)=Cancel, REM)ark, Your Selection (01-15) :....
```

**EDIT TRACKING**

Edit Screen #     001                          DAKCS Software Systems
Database Record #  ███ 3446

| FIELD | DATE/TIME | EMP# | OLD VALUE | CHANGED TO |
|-------|-----------|------|-----------|------------|

PRESS RETURN

```
COLLINS, MELISSA                    SPOUSE:              PII: UNVERIFIED CELL
2071 SE JACKSON ST                  SSN  : ████ 0633         **AUXMASTER**
                                    LIC# :                   GOOD ADDRESS
STUART, FL 349975861                    REM
EMP ASK FOR EMPLOYMENT                  REM SUB VAL 10/29/2017
----------------------------------- OLD HISTORY -----------------------------------
SK071715:08:20 1ST ALERT No Information On File
JW073115:10:08 JW073115 ████ 1771
98102917:12:00 10\29\2017 Client: DIAGNOSTIC IMAGING SERVICES ACCOUNT:
               ████ 1772 BUREAU: EFX ACDV 112: Claims inaccurate information
98102917:12:00 10\29\2017 Client: DIAGNOSTIC IMAGING SERVICES ACCOUNT:
               ████ 1772 BUREAU: EFX ACDV 1: Not his\hers
98102917:12:00 eOscarBatch ACCOUNT: ████ 1772 ACDV 1: When VAL Received,
               Compare consumer and eOscar dispute
98102917:12:00 SKP ADDR:1133 HAYES PL
98102917:12:00 BALDWIN, NY 11510
98102917:12:00 SKP PHONE:5162238658
98103017:12:00 ACCT ████ 1772: SENT TO CLIENT: VAL: SUB VAL 10\29\2017
98110417:12:00 ACCT ████ 1772: CLIENT DID NOT RESPOND TO VAL
PL032918:15:50 RECEIVED LAWSUIT. GAVE TO MICHELLE TO SCAN.


               HIT 'RET' TO CONTINUE [W=SCROLL WINDOW,A=ALL] ?
```

```
COLLINS, MELISSA               SPOUSE:                    PH: UNVERIFIED CELL
2071 SE JACKSON ST             SSN    ████0633                **AUXMASTER**
                               LIC#  :                        GOOD ADDRESS
STUART, FL 349975861               REM
EMP ASK FOR EMPLOYMENT             REM SUB VAL 10/29/2017
------------------------------------ OLD HISTORY ------------------------------------
98102917:12:00 Compare consumer and eOscar dispute
98102917:12:00 SKP ADDR:1133 HAYES PL
98102917:12:00 BALDWIN, NY 11510
98102917:12:00 SKP PHONE:5162238658
98103017:12:00 ACCT ███1772: SENT TO CLIENT: VAL: SUB VAL 10\29\2017
98110417:12:00 ACCT ███1772: CLIENT DID NOT RESPOND TO VAL
PL032918:15:50 RECEIVED LAWSUIT. GAVE TO MICHELLE TO SCAN.
------ PAYMENTS -----+------------- ACTIONS ------------------------------------
                    ██████████1771 ██████████████1772


                                       TOTAL BAL      0.00

ACTION LINE?
```